FILED: October 29, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-1359 (L)
(1:12-cv-00374-GBL-JFA)
_____

TECH SYSTEMS, INC.,

      Plaintiff – Appellee,

  v.

LOVELEN PYLES,

      Defendant – Appellant,

and

JOHN AND JANE DOES 1-10,

      Defendant.

_____

No. 13-2098
(1:12-cv-00374-GBL-JFA)
_____

TECH SYSTEMS, INC.,

      Plaintiff – Appellee,

  v.

LOVELEN PYLES,

      Defendant – Appellant,

and

JOHN AND JANE DOES 1-10,

      Defendant.

-----

O R D E R

-----

Lovelen Pyles, being the subject of bankruptcy proceedings in which an automatic stay is in effect, the court administratively closes this appeal without prejudice to filing of a motion to reopen the appeal upon termination or lifting of the stay in bankruptcy. The parties are directed to file a status report with the court within 90 days from the date of this order and to immediately notify the court in writing of the termination of the bankruptcy proceeding or the lifting of the stay in bankruptcy.

                                  For the Court--By Direction

                                  /s/ Patricia S. Connor, Clerk