**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

February 3, 2014

_____

STATUS REPORT
FOLLOW-UP NOTICE
_____

No.  13-1359 (L), <u>Tech Systems, Inc. v. Lovelen Pyles</u>
                1:12-cv-00374-GBL-JFA

TO:    Lovelen Pyles
        Tech Systems, Inc.

**STATUS REPORT DUE:  02/13/2014**

The court previously directed the filing of a status report by the parties within 90 days of the date of this court's order of 10/29/2013. We have not received a status report as directed. The pertinent section of the order reads as follows: ***The parties are directed to file a status report with the court within 90 days from the date of this order and to immediately notify the court in writing of the termination of the bankruptcy proceeding or the lifting of the stay in bankruptcy.***  You must remedy this default by the due date shown. Failure to comply with the court's rules and instructions may result in initiation of disciplinary action under Local [Rule 46(g)](#).

Michael Radday, Deputy Clerk
804-916-2702
Copies:   Eric Scott Crusius
             Dov Michael Szego
            Eric Hyman Zagrans