UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

February 19, 2014

_____

NOTICE TO RESPOND
_____

No.  13-1359 (L), <u>Tech Systems, Inc. v. Lovelen Pyles</u>
    1:12-cv-00374-GBL-JFA

**RESPONSE DUE: March 3, 2014**

TO: Counsel for appellant

By order dated 10/29/2013, this consolidated appeal was administratively closed and the parties were directed to file a status report with the court within 90 days of the date of said order and to immediately notify the court in writing of the termination of the bankrupcy proceeding or the lifting of the stay in bankruptcy.  As a timely status report was not filed, a notice was issued on 02/03/2014 directing compliance with the 10/29/2013 order.  Counsel for appellee filed a status report on 02/13/2014.

The court directs appellant to file a status report with the court on or before 03/03/2014 informing the court of the status of this consolidated appeal in light of the creditors' meeting scheduled to take place on 02/18/2014.

Michael Radday, Deputy Clerk
804-916-2702