CASE NOS. 13-1359 and 13-2098
(Consolidated)

_____

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**TECH SYSTEMS, INC.**,

Plaintiff-Appellee,

vs.

**LOVELEN PYLES**,

Defendant-Appellant.

_____

**APPELLANT'S STATUS REPORT**
_____

Appellant in these consolidated appeals, Lovelen Pyles ("Pyles"), pursuant to the Court's Order administratively closing these consolidated appeals entered on October 29, 2013 (Dkt. No. 39) and the Notice issued on September 16, 2014 (Dkt. No. 46), hereby provides the Court the following status report of bankruptcy events since her last status report to this Court:

On August 12, 2014, the Bankruptcy Court for the District of Maryland entered the following scheduling order setting forth the following timetable for events in the Adversary Proceeding initiated by Appellee, Tech Systems, Inc., to

avoid dischargability:

    (a)    The parties shall comply with the initial disclosure requirements of Fed. R. Civ. P 26(a).

    (b)    Expert witnesses and reports are to be disclosed and furnished by September 11, 2014.

    (c)    Counter-designation of expert witnesses and reports are to be disclosed and furnished by October 10, 2014.

    (d)    Discovery is to be completed by November 10, 2014.

    (e)    Dispositive motions by any party by December 26, 2014.

    (f)    The original and two copies of the exhibit list and exhibits and list of witnesses are to be filed as required by Local Bankruptcy Rule 7016-1(c), and copies exchanged with opposing counsel by March 13, 2015. The parties must also file any portion of a deposition or hearing transcript that will be offered by a party in its case in chief, and must identify the witness, date, line, numbers and pages of the transcript, and provide a copy of same. Any other party must make a counter-designation as under Rule 32(a) (6), Fed. R. Civ. P., by March 27, 2015.

                            *    *    *

    (g)    The deadline to object to exhibits and list of witnesses is April 13, 2015. Exhibits not objected to in writing will be admitted if offered. Witnesses not objected to in writing will be allowed to testify if called.

    (h)    All parties must file pre-trial statements in conformity with Local Bankruptcy Rule 7016-1(b) by April 13, 2015.

    (i)    A final pre-trial conference April 20, 2015 at 11:00 a.m. Upon advance notice to the Court, this conference may be conducted telephonically.

  (j) TRIAL IS SET FOR April 27, 2015 and April 28, 2015 starting at 10:30 a.m.

Accordingly, Pyles respectfully notifies the Court that the status of these consolidated appeals remains substantively unchanged at the present time. These consolidated appeals should remain administratively closed because the automatic stay in bankruptcy by operation of the provisions of 11 U.S.C. § 362(a) remains in effect with respect to Appellee.

              Respectfully submitted,

              /s/ Eric H. Zagrans
              Eric H. Zagrans
              ZAGRANS LAW FIRM LLC
              6480 Rockside Woods Blvd. South
              Suite 180
              Cleveland, Ohio 44131
              (216) 771-1000 (telephone)
              (866) 261-2008 (facsimile)
              eric@zagrans.com (e-mail)

              *Counsel for Appellant, Lovelen Pyles*

## CERTIFICATE OF SERVICE

  I hereby certify that the foregoing was filed electronically on September 24, 2014. Notice of this filing will be sent by operation of the Court's electronic filing system to the following parties or their counsel who may access this filing through the Court's system:

    Eric S. Crusius (ecrusius@centrelawgroup.com)
    Dov M. Szego (dszego@centrelawgroup.com)

              /s/ Eric H. Zagrans
              Eric H. Zagrans